# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01284-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

GARRY ZIKA,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Garry Zika, is a prisoner in the custody of the Colorado Department of Corrections who currently in incarcerated at the Cheyenne Mountain Re-Entry Center in Colorado Springs, Colorado. He has submitted a letter in which is appears to be attempting to initiate two separate lawsuits against Local 720 Union and Rocky Mountain Prestress. Therefore, two separate actions have been initiated.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that Plaintiff files in response to this order must include the civil action number noted above in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   _X_   is not submitted
(2)   ___   is missing affidavit
(3)   _X_   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account

(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the court's current form)
(8)   __   names in caption do not match names in caption of complaint, petition or habeas application
(9)   __   An original and a copy have not been received by the court. Only an original has been received.
(10)   __   other: _____

**Complaint, Petition or Application**:
(11)   _X_   is not submitted
(12)   __   is not on proper form (must use the court's current form)
(13)   __   is missing an original signature by the prisoner
(14)   __   is missing page nos. __
(15)   __   uses et al. instead of listing all parties in caption
(16)   __   An original and a copy have not been received by the court. Only an original has been received.
(17)   __   Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)   __   names in caption do not match names in text
(19)   _X_   other: It is not clear to the Court whether Plaintiff intends to initiate a Title VII action or a 42 U.S.C. § 1983 action

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in initiating an action in this Court (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff should determine whether he requires the forms to initiate a Title VII action or the forms to initiate a 42 U.S.C. § 1983 action. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this order**, the action will be dismissed without further notice. It is

3

FURTHER ORDERED that, to the extent Plaintiff requests the appointment of counsel to represent him, the request is denied as premature.

DATED May 18, 2012, at Denver, Colorado.

                BY THE COURT:

                s/Boyd N. Boland
                United States Magistrate Judge