**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 12-cv-01284-CMA-MEH

GARRY ZIKA,

      Plaintiff,

v.

LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL 720,

      Defendant.

---

## SPECIAL ORDER OF REFERENCE TO MAGISTRATE JUDGE

---

      The Court ORDERS that this action is referred to United States Magistrate Judge

Michael E. Hegarty for settlement purposes.

      DATED:  October __23__, 2012

                              BY THE COURT:

                              _Christine M. Arguello_

                              Christine M. Arguello
                              United States District Judge