IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01284-CMA-MEH

GARRY ZIKA,

    Plaintiff,

v.

LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 720,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 26, 2012.**

    In light of the settlement of this case on October 24, 2012, Defendant's Motion to Dismiss [filed July 30, 2012; docket #22] is **denied as moot**. The parties shall file dismissal papers with the Court on or before November 15, 2012.