IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01284-CMA-MEH

GARRY ZIKA,

    Plaintiff,

v.

LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 720,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 1, 2012.**

    Before the Court is a "Motion to Dismiss" filed by the Plaintiff [filed October 31, 2012; docket #59]. The "motion" is not signed in contravention of Fed. R. Civ. P. 11, and it does not comport with this Court's October 25, 2012 order directing the parties to file a *stipulated* motion to dismiss on or before October 31, 2012. Therefore, the motion is **denied without prejudice**; the parties shall file a stipulated motion in accordance with this order **on or before November 5, 2012**.