**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01284-CMA-MEH

GARRY ZIKA,

    Plaintiff,

v.

LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL 720,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulated Motion of Dismissal (Doc. # 63), signed by the *pro se* Plaintiff and the attorneys for the Defendant hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

DATED: November  05 , 2012

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge